OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

U.S. POSTAGE ❯❯ PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 JUL. 02. 2015

PRESORTED FIRST CLASS

7/1/2015
**LOCK, DANIEL ROBERT    Tr. Ct. No. 97-780-K277A              WR-83,294-01**
The Court has dismissed your application for writ of habeas corpus without written
order; the sentence has been discharged. See *Ex parte Harrington*, 310
S.W.3d 452 (Tex. Crim. App. 2010).

R.T.S

NOT HERE

Abel Acosta, Clerk

DANIEL ROBERT LOCK
CORNELL CORRECTIONS CENTER - TDG # 811059
1511 PRESTON RD
HOUSTON, TX 77002

13B 77002